# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No.   13-34623 |
| Morton J. Hunt | * | Chapter 13 (Judge Walter) |
| Vivian F. Hunt | * | |
| | *| **APPRAISAL OF** |
| Debtors | * | **730 ELEANOR AVENUE** |
| | * | **DAYTON, OHIO   45417** |

Now come the Debtors, by and through their undersigned Counsel, and hereby submit their appraisal for the real estate located at 730 Eleanor Avenue, Dayton, Ohio 45417.

Attached hereto is a copy of said Appraisal.

Respectfully submitted,

/s/ Lester R. Thompson
Lester R. Thompson, #0014841
Case Attorney for Debtors
1340 Woodman Drive
Dayton, Ohio  45432
(937) 252-2030

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2013 a copy of the foregoing Appraisal was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court.

Jeffrey M. Kellner, Chapter 13 Trustee
U.S. Trustee

And on the following by ordinary U.S. Mail, postage prepaid, on December 3, 2013 addressed to:

HSBC Consumer Lending (USA), Inc., c/o LeAnn E. Covey, The Law Offices of John D. Clunk, LPA, 4500 Courthouse Blvd., Suite 400, Stow, Ohio  44224

Morton J. Hunt and Vivian F. Hunt, 730 Eleanor Avenue, Dayton, Ohio  45417

/s/Lester R. Thompson
Lester R. Thompson

# Zeta Appraisal Services
## Real Estate Appraisal
### 90 Park Villa Ct.
### Centerville, OH 45459

**Amir G. Bunni**
State Licensed Appraiser

Office  937-434-7986
Fax    937-434-7986
E-Mail: amir.bunni@att.net

## Restricted Appraisal for Current Market Value

| Owner of Property | Morton J. & Vivian f. Hunt | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address of Property | 730 Eleanor Avenue | | | | | | Date Inspected | Case # 13-34623 |
| Dayton, OH 45417 | | | | | | | 11/18/2013 | |

### Description of Property

| Type of Const: | 1 | Detached | Floor Finish: | Roofing Type: | 5 | Rooms | N | Car Garage | N | Single Pane |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Story Vinyl | | Semi Detach | | Asphalt | 2 | Bedrooms | N | Carport | Y | Storm Doors |
| | | Row | | | 1.0 | Baths | N | Build-in | Y | Gutters |
| No Units | 1 | Stories | Wall Finish | HeatingType | Y | Kitchens | N | Attached | Y | Refrigerator |
| 1 | | Tri-Level | | Central | Y | Living Rm | N | Detached | Y | Dishwasher |
| Square Feet | 100 | %Base | | | N | Dining Rm | N | Fireplace | N | GarbageDisp |
| 1,176 | | CrawlSpace | Bath Finish | CoolingType | N | Family Rm | N | EnclPorch | Y | Microwave |
| Lot Size | | Slab | | Central | N | Office | N | Deck | Y | Double Pane |
| 0.21 Acre | | Finish Attic | | | Y | Utility Rm | Y | Fenced | Y | OvenRange |

| | Pub | Indv | Comment: | | |
|---|---|---|---|---|---|
| Water | Y | | This appraisal is based on exterior inspection, and the comparables | | |
| Gas | Y | | information based on Mls and Courthouse. | | |
| Electric | Y | | Comments | | Genaral Property Condition |
| SanSewer | Y | | | | Average |

### Subject year Build 1959

| Location | Price | Date | Story | SqFt | Units | Bed | Bath | Constr. | Age | Garage | Bsmt | Land |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4640 College View | $18,000 | 8/28/2013 | 1 | 1,107 | 6 | 3 | 1.0 | Brick | 48 | 1 Attached | Full | 0.18 Acre |
| 633 Ruth Ave. | $13,000 | 5/23/2013 | 1 | 1,325 | 6 | 3 | 2.0 | Brick | 46 | 1 Build-in | Part | 0.16 Acre |
| 821 Brooklyn Ave. | $8,000 | 8/12/2013 | 1 | 1,008 | 4 | 2 | 1.0 | Vinyl | 40 | 1 Detached | Full | 0.16 Acre |



This is a restricted appraisal only for Chapter 13 bankruptcy purpose and is made at the request of the debtor or counsel for the debtor. Ihave personally inspected this property on:
**11/18/2013**
I have no present or contemplated interest in the property. Compensation for the appraisal is not contingent upon the evaluation. As a result of my analysis and investigation, it is my opinion that the Current Market value as of the above date is Estimated at:  $13,000

Amir G. Bunni  Appraiser
State of Ohio Lic # 2001001851