**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: February 14, 2014**

_____

B13-18334

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: | CASE NO.  13-34623 |
| Morton J. Hunt<br>Vivian F. Hunt | CHAPTER 13 |
| | Judge Lawrence S. Walter |
| Debtor | **(730 Eleanor Avenue, Dayton)** |

**AGREED ORDER RESOLVING OBJECTION OF HOUSEHOLD REALTY CORPORATION TO DEBTOR'S PLAN, DOCKET NUMBER 14**

This matter is before the Court on Household Realty Corporation's ("Creditor") Objection to Debtors Morton and Vivian Hunt' ("Debtors") Plan filed on December 30, 2013, docket document 14.  Creditor and Debtor have resolved their dispute regarding the Objection.  Creditor and Debtors agree that Debtors will pay the $35.93 currently listed in proof of claim 2 for the balance of escrow advances on the loan.  This payment was sent by personal check from Debtors directly to Creditor on January 9, 2014.  The POC will be amended to a $0 arrearage.  Subject to these conditions, Creditor's Objection is hereby WITHDRAWN.

**IT IS SO ORDERED:**

# # #

SUBMITTED AND APPROVED BY:

**/s/ LeAnn E. Covey**
LeAnn E. Covey #0083289 ext 2263
4500 Courthouse Blvd., Ste 400
Stow, OH 44224
(330)436-0300 / Fax (330)436-0301
*bknotice@johndclunk.com*

**/s/Charles J. Roedersheimer(per email 1/15/2014)**
Charles J. Roedersheimer #0020273
Attorney for Defendants
Robert T. and Trisha A. Miracle
Thompson & DeVeny Co., LPA
1340 Woodman Drive
Dayton, Ohio 45432
937-252-2030
937-252-9425 fax
charles@thompsonanddeveny.com

**/s/ Scott G. Stout**
Scott G. Stout, staff attorney for
Jeffrey M. Kellner
131 N. Ludlow St., Suite 900
Dayton, OH 45402

**SERVICE LIST**

DEFAULT LIST

# # #